UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NUMA INVESTMENTS, LLC, MICHAEL BROWN AND MARY BROWN,<br><br>Petitioners,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No.: 13-MC-80004-LHK<br><br>ORDER DISMISSING CASE AND DENYING AS MOOT PETITION TO QUASH AND MOTION TO DISMISS |

On January 9, 2013, Petitioners filed a Petition to Quash Internal Revenue Service Summons. ECF No.1 ("Petition to Quash"). On April 19, 2013, the parties filed a Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii). The parties' request for dismissal is GRANTED. The pending Petition to Quash (ECF No. 1) and Motion to Dismiss the Petition to Quash (ECF No. 3) are DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated: April 22, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 13-MC-80004-LHK
ORDER DISMISSING CASE AND DENYING AS MOOT PETITION TO QUASH AND MOTION TO DISMISS